McGREGOR W. SCOTT
United States Attorney
STEPHANIE HAMILTON BORCHERS
Assistant U.S. Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>2007 CHEVROLET SILVERADO PICKUP, VIN: 1GCEC19Y87Z502868, LICENSE NUMBER: 8G63741,<br><br>Defendant. | 1:07-CV-01247-LJO-GSA<br><br>**STIPULATION AND ORDER FOR INTERLOCUTORY SALE OF 2007 CHEVROLET SILVERADO PICKUP, VIN: 1GCEC19Y87Z502868, LICENSE NUMBER: 8G63741, REGISTERED TO WAYNE DONAHUE, JR.** |

1. The United States of America, by and through its counsel, Stephanie Hamilton Borchers, Assistant United States Attorney, filed this action in the Eastern District of California on August 28, 2007, seeking the forfeiture of the 2007 Chevrolet Silverado Pickup, VIN: 1GCEC19Y87Z502868, License Number: 8G63741, Registered to Wayne Donahue, Jr., (hereafter "defendant vehicle").

2. On or about September 25, 2007, the defendant vehicle was arrested. Notice of the action was published on October 5, 2007 in <u>The Modesto Bee</u> (Stanislaus County).

3. On or about October 2, 2007, WestAmerica Bank submitted a verified claim to the U.S. Attorney's Office. In that claim, they stated that on or about December 8, 2006, Potential Claimant Wayne O. Donahue, Jr. purchased the defendant vehicle from American Chevrolet Geo, Inc. (hereafter "American") in Modesto, California. The purchase was evidenced by a Retail

Installment Sale Contract executed by Wayne O. Donahue, Jr. and American. On or about December 8, 2006, WestAmerica Bank paid to American the amount financed and purchased the Retail Installment Sale Contract from American for $16,823.34. The note was and is secured by an automobile certificate of title to the defendant vehicle issued and recorded on May 11, 2007. As of September 24, 2007, the principal due and owing to WestAmerica Bank was $11,614.88 and interest due and owing was $88.97 and a late fee in the amount of $8.30. The interest continues to accrue at a rate of $2.2243 per day (6.99% per annum).

4. On or about November 9, 2007, Claimant Wayne Odie Donahue, Jr. filed a Claim and Answer to the Government's Verified Complaint for Forfeiture *In Rem*.

5. No other person or entity has filed a claim to the defendant vehicle and the time to do so has expired.

6. The parties agree that the defendant vehicle should be sold to preserve its value pending further order of the Court.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED that Plaintiff, United States of America, Claimant Wayne Odie Donahue, Jr. and lien holder WestAmerica Bank, by and through their undersigned counsel, consent to the following:

1. The legal description of the defendant vehicle is: 2007 Chevrolet Silverado Pickup, California License number 8G63741, VIN: 1GCEC19Y87Z502868, and owner of record is Wayne Donahue, Jr.

2. In furtherance of the interlocutory sale, Claimant Wayne Odie Donahue, Jr. agrees to execute promptly any documents that may be required to complete the interlocutory sale of the defendant vehicle.

3. The United States Marshals Service, or their designee, shall sell the defendant vehicle in the most commercially feasible manner, as soon as reasonably possible, for the maximum price.

4. Upon the sale of the defendant vehicle, the net sale proceeds, less any payment to satisfy WestAmerica Bank's loan, and less any storage fees, maintenance fees, disposal costs and auctioneer fees, will be deposited in the U.S. Treasury Asset Forfeiture Suspense Account as the substitute *res* in this case, and held pending further order of the Court. As of September 24, 2007,

1  the principal due and owing to WestAmerica Bank was $11,614.88 and interest due and owing was
2  $88.97.  The interest continues to accrue at a rate of $2.2243 per day (6.99% per annum).
3       5.     The parties acknowledge that they have obtained the advice of counsel, or have
4  declined to do so, and that they are entering into this stipulation for interlocutory sale knowingly and
5  voluntarily.
6       6.     All parties are to bear their own costs and attorneys' fees.

7  Dated:  December 7, 2007                McGREGOR W. SCOTT
                                            United States Attorney
8

9                                            /s/ Stephanie Hamilton Borchers
                                            STEPHANIE HAMILTON BORCHERS
10                                           Assistant United States Attorney

11

12  Dated:  January 7, 2008                  /s/ Wayne Odie Donahue, Jr.
                                            WAYNE ODIE DONAHUE, JR.
13                                           Claimant
                                            (Original signature retained by attorney)
14

15  Dated:  January 10, 2008                 /s/ Rudy Banuelos
                                            RUDY BANUELOS
16                                           Attorney for Claimant Wayne Odie
                                            Donahue, Jr.
17                                           (Original signature retained by attorney)

18  Dated:  December 13, 2007                /s/ Holli J. Smith
                                            HOLLI J. SMITH
19                                           Assistant Vice President
                                            WestAmerica Bank
20

21

22  Dated:  December 17, 2007                /s/ Russell W. Reynolds
                                            RUSSELL W. REYNOLDS
23                                           Attorney for Claimant Lien Holder
                                            WestAmerica Bank
24                                           (Original signature retained by attorney)

25                              **ORDER**

26       IT IS SO ORDERED.

27  **Dated:     January 11, 2008**           /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE
28