UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CV F 07-1247 LJO GSA |
| Plaintiff, | **ORDER AFTER SETTLEMENT** |
| vs. | |
| 2007 CHEVROLET SILVERADO PICKUP, etc. | |
| Defendant. / | |

Plaintiff's counsel notified this Court that settlement has been reached. Pursuant to this Court's Local Rule 16-160, this Court ORDERS the parties, **no later than August 11, 2008,** to file appropriate papers to dismiss or conclude this action in its entirety.

This Court VACATES all pending dates and matters, including the May 21, 2008 scheduling conference.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rule 16-160 and Local Rule 16-272.

IT IS SO ORDERED.

**Dated:   May 7, 2008**                              /s/ Lawrence J. O'Neill
                                                                  UNITED STATES DISTRICT JUDGE