1  McGREGOR W. SCOTT
   United States Attorney
2  STEPHANIE HAMILTON BORCHERS
   Assistant U.S. Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Plaintiff

7

8           IN THE UNITED STATES DISTRICT COURT FOR THE

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    ) 1:07-CV-01247-LJO-GSA
                                )
12           Plaintiff,          )
                                ) **FINAL JUDGMENT OF FORFEITURE**
13      v.                      )
                                )
14 2007 CHEVROLET SILVERADO PICKUP, )
   VIN: 1GCEC19Y87Z502868, LICENSE )
15 NUMBER: 8G63741,             )
                                )
16           Defendant.          )
                                )
17 _____)

18      Pursuant to the Stipulation for Final Judgment of Forfeiture filed herein, the Court finds:

19      1.   This is a civil forfeiture action against a 2007 Chevrolet Silverado Pickup, VIN:

20 1GCEC19Y87Z502868, License Number: 8G63741 (hereafter "defendant vehicle").

21      2.   A Verified Complaint for Forfeiture *In Rem* was filed on August 28, 2007, seeking

22 the forfeiture of the defendant vehicle, alleging that said property is subject to forfeiture to the United

23 States of America pursuant to 21 U.S.C. § 881(a)(4).

24      3.   On September 10, 2007, in accordance with said Complaint, a Warrant for Arrest of

25 the defendant vehicle was issued and duly executed on September 25, 2007.

26      4.   On October 5, 2007, a Public Notice of Arrest of the defendant vehicle appeared by

27 publication in the *Modesto Bee*, a newspaper of general circulation in the county in which the

28 defendant vehicle was seized (Stanislaus County). The proof of publication was filed with the Court

FILED
MAY 28 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

Case 1:07-cv-01247-LJO-GSA   Document 27   Filed 05/28/08   Page 2 of 3

1  on October 25, 2007.

2  5.  In addition to the Public Notice of Arrest having been completed, plaintiff gave actual notice to Wayne Odie Donahue, Jr. and WestAmerica Bank. Claimant WestAmerica Bank filed an answer, request for expedited settlement, and claim on October 2, 2007. Claimant Wayne Odie Donahue, Jr. filed a claim and an answer on November 9, 2007 and filed an amended claim and an amended answer on November 13, 2007.

6.  To date, no other parties have filed claims or answers in this matter, and the time for which any person or entity may file a claim and answer has expired.

7.  Pursuant to the Stipulation For Interlocutory Sale and Order Thereon signed by District Judge O'Neill on January 11, 2008, the defendant vehicle was sold by the U.S. Marshals Service. The net proceeds from the sale of the defendant vehicle is $24,500.00. Said proceeds shall be substituted as the *res* herein.

Based on the above findings, and the files and records of the Court, it is hereby

ORDERED AND ADJUDGED:

1.  The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

2.  Judgment is hereby entered against Claimant Wayne Odie Donahue, Jr., and all other potential claimants who have not filed claims in this action.

3.  Claimant Wayne Odie Donahue, Jr. forfeits his right, title, and interest he has or may have in the $24,500.00 in U.S. Currency in lieu of the defendant vehicle to the United States pursuant to 21 U.S.C. § 881(a)(4), to be disposed of according to law.

4.  Upon entry of a Final Judgment of Forfeiture, the substitute *res* of $24,500.00 in U.S. Currency in lieu of the defendant vehicle, together with any interest that may have accrued on that amount, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(4), to be disposed of according to law.

5.  The United States shall pay Claimant WestAmerica Bank from the substitute *res* of $24,500.00 in U.S. Currency pursuant to the Stipulation and Order for Interlocutory Sale entered into between the parties on January 15, 2008.

6.  Plaintiff United States of America and its servants, agents, and employees, and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the arrest, seizure, or forfeiture of the defendant vehicle. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said arrest, seizure, or forfeiture, as well as to those now known or disclosed. The parties waive the provisions of California Civil Code § 1542.

7.  Pursuant to the stipulation of the parties, and the allegations set forth in the Verified Complaint for Forfeiture *In Rem* filed August 28, 2007, the Court finds that there was reasonable cause for the seizure and arrest of the defendant vehicle, and a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465 shall be entered accordingly.

8.  All parties shall bear their own costs and attorneys' fees.

SO ORDERED THIS 28th day of May, 2008.

LAWRENCE J. O'NEILL
United States District Judge

### CERTIFICATE OF REASONABLE CAUSE

Pursuant to the Stipulation for Final Judgment of Forfeiture filed herein, and the allegations set forth in the Verified Complaint for Forfeiture *In Rem* filed August 28, 2007, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure and arrest of the defendant vehicle.

Dated: May 28, 2008

LAWRENCE J. O'NEILL
United States District Judge

3